**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CRAIG KALAMAY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HATCHITT TAX CLUB, INC.,<br><br>*Defendant.* | CASE NO. 1:24-cv-13157 |

### DEFENDANT'S *UNOPPOSED* MOTION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant, Hatchitt Tax Club, Inc. ("Hatchitt" or "Defendant"), by and through its undersigned counsel, hereby moves this Court for its first extension of time to respond to Plaintiff, Craig Kalamay's ("Plaintiff") Class Action Complaint, (the "Complaint"), noting Plaintiff's lack of objection of the requested relief, and in support thereof states as follows:

1. Plaintiff initiated this action on December 23, 2024. The Complaint was served on Defendant on or about February 4, 2025.

2. Pursuant to Fed. R. Civ. P. 12, Defendant's response to Plaintiff's Complaint is due by February 25, 2025.

3. The undersigned counsel was recently retained to represent Defendant and needs additional time to investigate the allegations contained in Plaintiff's Complaint and to confer with its client in order to properly prepare Hatchitt's response to the Complaint.

4. Based on the foregoing, Defendant respectfully requests an extension of twenty-eight (28) days from February 25, 2025 through Tuesday, March 25, 2025, in which to respond to Plaintiff's Complaint.

5. Neither the parties nor the Court will be prejudiced by an extension of time to respond, as this is a relatively new action.

6. The undersigned counsel represents that the instant motion is being filed in good faith and not for the purpose of delay.

7. In addition, the undersigned counsel confirms that on or about February 19, 2025 she conferred with counsel for Plaintiff, Michael Eisenband, Esq., by email, regarding the relief outlined in this Motion, and Plaintiff's counsel confirmed that he has no objection to the relief requested herein.

**WHEREFORE**, Defendant, Hatchitt Tax Club, Inc., respectfully requests that this Honorable Court enter an order granting it a first extension of time of twenty-eight (28) days through March 25, 2025, in which to respond to Plaintiff's Class Action Complaint in this action, and for any and all other relief this Court deems just and proper.

Submitted February 24, 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
Facsimile: (954) 333-3930
*Counsel for Defendant, Hatchitt Tax Club, Inc.*

By: */s/ Eve A. Cann*
　　Eve A. Cann
　　Florida Bar No.: 40808
　　ecann@bakerdonelson.com

[CERTIFICATE OF SERVICE TO FOLLOW]

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 24, 2025, a true and correct copy of the foregoing was filed electronically via CM/ECF on all counsel or parties of record listed below:

| | |
|---|---|
| Manuel S. Hiraldo, Esq.<br>**Hiraldo, P.A.**<br>401 East Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301<br>Telephone: (305) 336-7466<br>mhiraldo@hiraldolaw.com<br>*Counsel for Plaintiff and the Class* | Michael Eisenband, Esq.<br>**Eisenband Law P.A.**<br>515 East Las Olas Blvd., Suite 120 Fort Lauderdale, FL 33301<br>Telephone: (954) 533-4092<br>MEisenband@Eisenbandlaw.com<br>*Counsel for Plaintiff and the Class* |

                                                       */s/ Eve A. Cann*
                                                       Eve A. Cann